# UNITED STATES DISTRICT COURT

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA

v.

DANNY J. SIDENER, JR.
MICHAEL D. MOHAN
EARL V. SIDENER and
ADAM MARTIN

(Name and Address of Defendant)

**SEALED**
**FILED**
OCT 3 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CRIMINAL COMPLAINT

CASE NUMBER: 05-3062-m

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___April of 2005 to October 28, 2005___ in ___Sangamon and Christian___ counties, in the ___Central___ District of ___Illinois___ defendant(s) did, (Track Statutory Language of Offense)

Count I - Danny J. Sidener, Jr., Michael D. Mohan, Earl V. Sidener and Adam Martin

> conspire with each other and other persons to distribute five or more kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(ii); and

Count II - Danny J. Sidener, Jr.

> possess a firearm, namely, a Ruger 9 mm. revolver, Model #SP101, Serial #572-33607, in furtherance of a drug trafficking crime.

in violation of Title ___18___ United States Code, Section 924(c)(1)(A).

I further state that I am a(n) ___Special Agent, DEA___ and that this complaint is based on the following facts.
Official Title

(See Attached Affidavit.)

Continued on the attached sheet and made a part hereof:      X___ YES  ___ NO

s/ Richard Dollus
Signature of Complainant

Sworn to before me and subscribed in my presence,

___October 29, 2005___ at 2:41 pm      ___Springfield, Illinois___
Date                                     City and State

Byron G. Cudmore, U.S. Magistrate Judge     s/ Byron G. Cudmore
Name and Title of Judicial Officer           Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT FOR THE ARREST OF
DANNY J. SIDENER, JR., MICHAEL D. MOHAN,
EARL V. SIDENER AND ADAM L. MARTIN

Affiant, Richard Dollus, being duly sworn, deposes and says:

1. Your affiant, Richard Dollus, is a Special Agent with the Drug Enforcement Administration (DEA), currently assigned in Springfield, Illinois. Your affiant has been so employed since June 1999, and has participated in numerous drug investigations. Prior to being employed by the Drug Enforcement Administration, your affiant was employed for five years as a police officer for the Belleville, Illinois, Police Department. From 1996 to 1999, your affiant was assigned to the Gang Crimes Unit. During the course of my law enforcement experience, I have received extensive training in investigations of narcotics violations, interdiction operations, and clandestine laboratory investigations. The information contained in this Affidavit is based upon my personal participation in the investigation described herein and from information provided by other law enforcement officers involved in this investigation, and other individuals who have knowledge of the events and circumstances herein described, and does not contain every known fact about this investigation.

2. This affidavit is made in support of a criminal complaint for the arrest of Danny J. Sidener, Jr., Michael D. Mohan, Earl V. Sidener and Adam L. Martin for the offense of Conspiracy to Distribute a Controlled Substance, namely five or more kilograms of a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. §846 and 841(a)(1) and (b)(1)(A)(ii).

This affidavit is also in support of a criminal complaint charging Danny J. Sidener, Jr., with possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. §924(c)(1)(A).

3. As set forth in greater detail below, since at least April of 2005 to and including October 28, 2005, Danny J. Sidener, Jr., Michael Mohan, Earl V. Sidener and Adam Martin were part of cocaine distribution organization headed by Danny J. Sidener, Jr. (the Sidener Organization) based in the Springfield, Illinois area. Confidential Source information, physical surveillance, and the analysis of telephone records have established that Danny J. Sidener, Jr., supplied and directed the distribution of cocaine in Springfield, Illinois.

4. On or about April 2005, a Confidential Source, hereafter referred to as CS #1, was developed after a search warrant was executed at CS #1's residence and approximately fourteen ounces of powder cocaine was seized. CS #1 identified Adam Martin as his/her cocaine source of supply.

5. CS #1 advised that before the search warrant was executed at his/her residence, he/she purchased powder cocaine from Martin's source through Martin on three occasions. CS #1 purchased eight ounces of cocaine on two occasions and nine ounces of cocaine on one occasion. CS #1 explained that the fourteen ounces of powder cocaine seized by the Illinois State Police during the search of his/her house was purchased on two separate occasions from Martin through his source of supply. CS #1 advised that the purchased of cocaine occurred at Martin's residence located at 2215 Lindbergh Blvd., Springfield, Illinois. CS#1 stated that during the cocaine transactions with Martin, Martin's source was inside the residence; however, CS #1 was not given an introduction to the source. Special Agent Fullington of the Illinois State Police has substantially corroborated the information supplied by CS #1, and believes CS #1 to be

a reliable source of information. All of the information provided by CS #1 concerning criminal activity by Martin and Mohan has been shown to be truthful.

      6.    In or about May 2005, CS #1, under direction of the Illinois State Police, purchased approximately 223 grams of powder cocaine from Martin. This transaction was audio recorded.

      7.    During the course of the investigation CS #1 learned that Michael D. Mohan was the source of supply for cocaine for Martin. On or about July, 2005, Martin introduced Mohan to CS#1 and identified him as his source of cocaine. On or about July 26, 2005, CS #1, under the direction of the Illinois State Police, purchased approximately 200 grams of powder cocaine from Mohan at Martin's residence. This transaction was audio and video recorded. During the transaction, Mohan had approximately a half kilogram of powder cocaine in his possession. Mohan advised CS #1 that he could provide kilogram quantities of cocaine to CS #1 on a "front" or consignment. On or about July 27, 2005, CS#1 returned to Martin's residence and paid an amount of money to Martin for the cocaine CS#1 had obtained from Mohan the day before in accordance to Mohan's direction.

      8.    On September 14, 2005, Judge Jeanne Scott, United States District Judge, Central District of Illinois signed an order authorizing the interception of wire communications over two wireless telephones, 217-553-6135 (Mohan Phone 1) and 217-891-6764 (Mohan Phone 2). Both telephones are utilized by Mohan.

      9.    In or about September 2005, CS #1, under the direction of the Illinois State Police, purchased approximately 200 grams of powder cocaine from Mohan.

      10.    On September 22, 2005, a call was intercepted in which Mohan called one of his distributors (Distributor #1) and told him that he (Mohan) couldn't do anything until after the weekend and then told him to go "collecting." Mohan told Distributor #1 that he has done this for a long time and that his people will be there. In this conversation, I believe Mohan is assuring Distributor #1 that a shipment of drugs will be received after the weekend.

      11.    On September 23, 2005, at 4:49 p.m., a call was intercepted from Mohan to Distributor #1. Distributor #1 said he was going to have a record weekend and that he has been asked for three times more than what he is normally asked for in a weekend. Mohan told him that his "buddy" is supposed to stop by tonight and pick up his "loot" and that he (Mohan) will talk to him (his buddy) then. Mohan said he knows that his buddy doesn't have anything sitting, but "he" can make a call.

      12.    On or about September 23, 2005, at 5:30 p.m., a call was intercepted between Mohan and Danny J. Sidener, Jr. The following is an excerpt of the transcript of the call in which Mohan informs Danny J. Sidener, Jr., that he has collected the money to pay for a prior cocaine transactions and make arrangements for Danny J. Sidener, Jr., to pick up his money:

| | |
|---|---|
| Sidener: | Hello? |
| Mohan: | What's up, fool?! |
| Sidener: | What's up, man? |
| Mohan: | Shit. Damn! I called the wrong number! What's |

|  |  |
|---|---|
|  | happenin'?[laughing] |
| Sidener: | Yeah, I bet you did. (Unintelligible) |
| Mohan: | Damn! I was just about to spend all that money! [laughing] No- I'm just kiddin.' |
| Sidener: | I won't be around til- I gotta go in tonight. |
| Mohan: | You gotta go where? |
| Sidener: | I gotta come around tonight. |
| Mohan: | That's fine. |
| Sidener: | You gonna be around? |
| Mohan: | Yeah. I'm gonna go eat at Tokyo probably. |
| Sidener: | Yeah- |
| Mohan: | -and then, uh, I don't know... If you wanna get together later and kick it or somethin' or whatever... I don't care. |
| Sidener: ……. | No, I just- probably not today. What're you goin' out? |
| Mohan: | Yeah. I don't know. You can come kick it with cuzzo. |
| Sidener: | Yeah. |
| Mohan: | Alright, I'll meet you at your house, dude. |
| Sidener: | Hey, let me call you when I get that way. |
| Mohan: | Alrighty. |
| Sidener: | Alright. |

13.   On or about September 23, 2005, at 5:32 p.m., a call was intercepted between Mohan and Danny J. Sidener, Jr. The following is an excerpt of the transcript of the call in which Mohan asked Danny J. Sidener, Jr., if he had cocaine available for him. Mohan uses code language referring to cocaine as a steak:

|  |  |
|---|---|
| Sidener: | Hello? |
| Michael Mohan: | Hey! |
| Sidener: | Yeah. |
| Mohan: | I couldn't talk right then. Sorry, dude. Um, yeah, everything's all good. You can come by here or whatever, and we'll get together and have dinner. Whatever you wanna do. And, uh, also- I don't know if you could bring some steak, that would be sweet, but if |

|          |                                                      |
|----------|------------------------------------------------------|
|          | you can't, I mean, call the meat man, and tell him we're gonna have a party- |
| Sidener: | I'll talk to ya when I see ya.                       |

14. On September 23, 2005, at approximately 8:07 p.m., a call was intercepted between Mohan and Jasa Taylor, Mohan's girlfriend, and Mohan advised her to "go out and get some beer" herself. Taylor stated that she didn't want to leave because she thought "Danny" was coming by.

15. On September 30, 2005, at approximately 10:30 a.m., surveillance was established on Mohan's residence located at 1215 Leland Avenue, Springfield, Illinois.

16. On September 30, 2005, at approximately 2:06 p.m., a call was intercepted between Mohan and Danny J. Sidener, Jr. Danny J. Sidener told Mohan he would be coming around 3:30 p.m. At approximately 2:53 p.m., Mohan called Danny J. Sidener, Jr., and stated that he would be there (at 1215 Leland, Springfield, Illinois) before 4 p.m. Mohan asked if he was coming alone and Danny J. Sidener, Jr., indicated yes and said he was going to "see them close to there." At approximately 3:45 p.m., surveillance agents observed a blue SUV, later identified as being registered to Danny J. Sidener, Jr., arrive at the Leland Avenue residence. The vehicle remained at the residence for a short period of time and then the blue SUV and a blue Ford Explorer, previously identified as belonging to Mohan, both left the residence simultaneously. At approximately 3:47 p.m., surveillance units observed Mohan leave his address at 1215 Leland and travel to a residence on the west side of Springfield, which has been identified as the residence of another of Mohan's distributors (Distributor #2).

17. At 3:47 p.m., a call was intercepted between Mohan and Distributor #2. Mohan stated "right as I was walking out the door, he was walking in." Distributor #2 then says, "alright, perfect." Mohan asked Distributor #2 if anybody was over at his (Distributor #2's) residence and Distributor #2 said no. Mohan stated that he was going to come by and "I gotta bring it all." Distributor #2 replied, "I'm ready." Mohan stated "you know what I mean?" and Distributor #2 said alright.

18. In the above conversation, it is believed that Mohan told Distributor #2 that he had received the shipment of cocaine from Danny J. Sidener, Jr., at his residence at 1215 Leland, Springfield, Illinois and that he wanted to come by his (Distributor #2's) house and was bringing the entire amount that he had obtained from Danny J. Sidener, Jr.

19. On October 14, 2005, a call was intercepted between Mohan and Danny J. Sidener, Jr. Danny J. Sidener, Jr., asked what time Mohan was coming over. Mohan told Danny J. Sidener, Jr., he would leave after dropping off his kids at school, approximately 8:00 AM.

20. Based on surveillance conducted on previous occasions, 905 W. Waco Street, Taylorville, Illinois, had been identified as Danny J. Sidener, Jr.'s residence. Agents observed a blue GMC SUV bearing Illinois License No. 4585886, registered to Danny J. Sidener, Jr., parked at the residence on numerous occasions. Also, during an intercepted call between Mohan and Danny J. Sidener, Jr., Mohan had advised that he was going to Danny J. Sidener, Jr.'s residence.

21. At 8:59 AM, surveillance units observed Mohan arriving at Danny J.

Sidener, Jr.'s residence located at 905 W. Waco Street, Taylorville, Illinois. Surveillance units observed Mohan enter the residence carrying a beer box.

22. At approximately 9:34 AM, surveillance units observed Mohan exit the residence and enter his vehicle. Surveillance units observed Mohan leave and turn onto Franklin Street. A call was intercepted between Mohan and Danny J. Sidener, Jr. Mohan asked Danny J. Sidener, Jr., where the "rock" was at. Danny J. Sidener advised Mohan that it is in the front. A short time later a call was intercepted between Mohan and Danny J. Sidener, Jr. During this conversation, they make reference to a house number "816" and describe it as a white and black house with black shutters. Danny J. Sidener, Jr., advised Mohan what he was looking for is next to the big rock.

23. Surveillance units were unable to locate Mohan for a few minutes. Agents located Mohan within minutes near Danny J. Sidener, Jr.'s residence and followed him out of Taylorville, Illinois.

24. In a debriefing of Danny J. Sidener, Jr., after his arrest on October 28, 2005, Danny J. Sidener, Jr., admitted to the Affiant that he had left one kilogram of cocaine at the residence at 816 Franklin, Taylorville, Illinois, for Mohan to pick up after giving him instructions on how to enter the house.

25. On October 21, 2005, Judge Jeanne Scott, United States District Judge, Central District of Illinois signed an order authorizing the interception of wire communications over a wireless telephone, 217-553-3358 utilized by Danny J. Sidener.

26. On Wednesday, October 26, 2005, Danny J. Sidener, Jr., received a telephone call from Earl V. Sidener. Danny J. Sidener, Jr., asked Earl V. Sidener if Earl V. Sidener remembered what Danny J. Sidener, Jr., asked him at the bowling alley. Earl V. Sidener replied that he did. Danny J. Sidener, Jr., said "Friday." It is my belief that this conversation is an indication from Danny J. Sidener, Jr., to Earl V. Sidener that their next shipment of cocaine would arrive on Friday, October 28, 2005.

27. On October 28, 2005, a call was intercepted between Danny J. Sidener, Jr. and Earl V. Sidener. Danny J. Sidener, Jr. asked Earl V. Sidener if he was going to be home around 5:00 p.m. Earl V. Sidener advised Danny J. Sidener, Jr. that he could be. Danny J. Sidener, Jr. stated to Earl, "give me some time on this, don't be in a hurry." Earl V. Sidener stated "that will work out for the best of both of us." Earl V. Sidener asked Danny J. Sidener, Jr. "You ain't coming from there to here?" Danny J. Sidener, Jr. responded "No. I'm going to have him meet me somewhere by your house." Earl V. Sidener stated alright.

28. On October 28, 2005, a second call was intercepted between Danny J. Sidener, Jr. and Earl V. Sidener. Danny J. Sidener, Jr. advised Earl V. Sidener, that "It might be a little early." Earl V. Sidener stated that he was being dropped off at his truck and asked Danny how early. Danny J. Sidener, Jr. responded 20 minutes and advised Earl V. Sidener to get home as soon as he can. Earl V. Sidener stated that he would.

29. On October 28, 2005, a call was intercepted between Danny J. Sidener, Jr. and Michael Mohan. Danny J. Sidener, Jr., stated he would come by Mohan's residence at 5:00 pm. Mohan advised Danny J. Sidener, Jr., to tell "him" to pick some different hours. I believe

the above conversation refers to Danny J. Sidener, Jr., delivering cocaine to Mohan on or near 5:00 pm.

30. Surveillance was established on Michael D. Mohan's residence located at 1215 Leland, Springfield, Illinois. Surveillance agents observed Danny J. Sidener, Jr. drive up to Mohan's residence and park in the driveway, exit his vehicle and lean up against his vehicle. A call was intercepted between Michael D. Mohan and Danny J.Sidener, Jr., in which Mohan advised that a door to his residence was open. Agents lost visual contact with Danny J. Sidener, Jr., for a few minutes. A short time later (4:41 p.m.), surveillance units observed Mohan arrive at the residence and meet with Danny J. Sidener, Jr., who was outside Mohan's residence. Surveillance agents observed Danny J. Sidener, Jr. with a blue bag. Surveillance units observed Mohan and Danny J.Sidener, Jr., enter the residence. At approximately 4:44 p.m., Danny J. Sidener, Jr., exited the residence and left. Surveillance units followed Danny J. Sidener, Jr.

31. A call was intercepted between Danny J. Sidener, Jr. and an unknown male. The unknown male advised Danny J.Sidener, Jr., that he heard Mohan's address over the police scanner. At that time, agents believed the operation was compromised. Agents then took Michael D. Mohan into custody and froze the residence.

32. Agents were following Danny J. Sidener, Jr., northbound on MacArthur Boulevard towards the location of Earl V. Sidener's residence when the operation was compromised. Agents observed Danny J.Sidener, Jr., make erratic and evasive maneuvers to get away from surveillance. Danny J. Sidener, Jr., was able to lose surveillance units momentarily until he was observed driving northbound on Lincoln Street. The direction of travel was still towards Earl V. Sidener's residence. Agents observed Danny J. Sidener, Jr., driving at a high excessive rate of speed in this area and was approximately 7 to 8 blocks away from Earl V. Sidener's residence. Due to the evasive maneuvers, agents again lost sight of Danny J. Sidener, Jr., in the area near Earl V. Sidener's residence. Agents observed Danny J. Sidener, Jr., at the location of Elliott and Kings Highway. At that time, an attempt was made to stop Danny J. Sidener, Jr., and take him into custody. An Illinois State Police Official vehicle and Danny J. Sidener, Jr.'s vehicle were involved in a collision. Danny J. Sidener, Jr., was then taken into custody. A search of the vehicle in which Danny J.Sidener, Jr., was the sole occupant, resulted in the discovery and seizure of a Ruger 9MM revolver, serial number 572-33607, on the rear passenger floorboard. Also located in the vehicle were 16 rounds of 9MM ammunition.

33. Agents then traveled to Earl V. Sidener's residence and located Earl V. Sidener approximately 15 feet from his vehicle, which was parked at the residence at 1133 Virginia.Avenue. Earl V. Sidener was detained for investigation purposes. Earl V. Sidener's residence and vehicle were frozen for a future search warrant.

34. A search warrant was applied for and obtained for Michael Mohan's residence at 1215 Leland Street. In the residence on the kitchen counter, Agents located approximately 1 and one-half kilograms of suspected powder cocaine. A search warrant was applied for and obtained for 1133 Virginia Avenue. Agents located inside this residence: a pistol, shotgun, miscellaneous paperwork, and United States Currency. Agents also found approximately $2,000 in U.S. currency on Earl V. Sidener's person.

35. Danny J. Sidener, Jr.'s vehicle was towed from Elliott and Kings Highway to the Springfield Police Department impound lot. Danny J. Sidener, Jr., was transported to the DEA Springfield Office where he waived his Miranda Rights. Danny J. Sidener, Jr., indicated that one-half of a kilogram of cocaine was located in the trunk of the rental vehicle he was driving; a 2005 Pontiac Grand AM, Illinois License plate bearing "7773515." Danny

J. Sidener, Jr., signed a consent to search for the 2005 Pontiac Grand AM, at which time Officer Mayes and DEA Agent Murphy located and seized the half kilogram. Danny J. Sidener, Jr., advised agents that the half kilogram of cocaine located in the vehicle was intended to be delivered to Earl V. Sidener.

36. It is your Affiant's opinion, based upon training and experience and upon the information provided within this affidavit, that probable cause exists to believe that Danny J. Sidener, Jr., Michael D. Mohan, Earl V. Sidener and Adam Martin were involved in a conspiracy to distribute cocaine as detailed above. Further. it is your Affiant's belief, that the information provided within this affidavit establishes probable cause to believe that Danny J. Sidener, Jr. possessed a firearm in furtherance of a drug trafficking crime.

Further your affiant sayeth not.

s/ Richard Dollus
Special Agent Richard Dollus
Drug Enforcement Administration

Sworn to and subscribed to before me this 29 day of October, 2005, at Springfield, Illinois. 2:41 pm

s/ Byron G. Cudmore
Byron G. Cudmore
United States Magistrate Judge