# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | Case No.   05-MJ-030620-BGC-2 |
| **MICHAEL D. MOHAN,** | ) ) | |
| Defendant | ) | |

## ENTRY OF APPEARANCE

NOW COMES Monroe D. McWard of McWard Law Office and hereby enters his appearance as the Attorney of Record for the Defendant, MICHAEL D. MOHAN.

Respectfully submitted,

MICHAEL D. MOHAN, Defendant

By_____
      Monroe D. McWard, His Attorney

Monroe D. McWard
McWARD LAW OFFICE
210 South Webster Street
Taylorville, IL 62568
(217) 824-2900
Reg. No.: 06190799

## CERTIFICATE OF SERVICE

TO:   Esteban F. Sanchez
      US Attorney
      318 S. Sixth St.
      Springfield, IL 62701-1806


The undersigned does hereby certify that on the __3rd__ day of November, 2005, she served the foregoing Entry of Appearance by hand delivering or depositing a copy in the United States Mail in Taylorville, IL 62568, in an envelope with sufficient First Class Postage attached to carry same to its destination as addressed above.

Under penalties as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

McWARD LAW OFFICE


By_____
      Patricia Hunt, Paralegal


McWARD LAW OFFICE
210 South Webster Street
Taylorville, IL 62568
(217) 824-2900
Reg. No. 06190799