E-FILED
Wednesday, 16 November, 2005   10:41:39 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| MICHAEL D. MOHAN, | ) | CASE NO. 05-3062-m |
| | ) | |
| Defendant | ) | |

**FILED**
NOV 15 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:   THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **MICHAEL D. MOHAN,** and bring him forthwith to the nearest magistrate judge to answer a Criminal Complaint charging him with Conspiracy to Distribute a Controlled Substance, Cocaine, in violation of Title 21, United States Code, Section 846 and Sections 841(a)(1) and (b)(1)(A)(ii).

**Honorable Byron Cudmore**
Name of Judicial Officer

s/ Byron G. Cudmore
Signature of Judicial Officer

**U.S. Magistrate Judge**
Title of Judicial Officer

October 29, 2005, Springfield, Illinois
Date and Location

Bail fixed at $ _No Bail___ by _____Byron Cudmore. BC

---

**RETURN**
This warrant was received and executed with the arrest of the above named defendant at Springfield, IL

| Date Received 10-29-05 | Name of Arresting Officer AARON FULLINGTON | Signature of Arresting Officer 4775 |
|---|---|---|
| Date of Arrest 10-28-05 | Title of Arresting Officer SPECIAL AGENT | s/A Aaron Fullington |